

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00180-CV

CITY OF FORT WORTH                                                        APPELLANT

V.

LUYEN DINH NGUYEN                                                        APPELLEE

------------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 096-B47635-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's unopposed "Motion to Dismiss Appeal for Lack of Jurisdiction."

It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f); *see also 2012 Properties, LLC v. Garland ISD*, No. 05-15-01002-CV,

---

[1]*See* Tex. R. App. P. 47.4.

2016 WL 3902585, *4 (Tex. App.—Dallas July 14, 2006, pet. filed) (holding that appellate court has no jurisdiction over appeal from denial of postjudgment motion seeking excess tax funds).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; WALKER and MEIER, JJ.

DELIVERED:  October 13, 2016